**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 17-cr-00079-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL LYLE BLAIR,

    Defendant.

---

### GOVERNMENT'S MOTION TO RESTRICT DOCUMENT #55

---

    The United States of America, by and through Alecia L. Riewerts, Assistant United States Attorney, respectfully moves this Court to restrict Document #55, the attachments to the document, and any order revealing the contents of that document in based on the Court's order [ECF #39] that any documents revealing the contents of the Defendant's Sentencing Motion and its Attachments have a Level 1 Restriction. The government requests a **"Level 1" restriction**, which would make the document and the brief filed in support of this motion "viewable by parties and court" only.

    Respectfully submitted this 10th day of May, 2018.

                                            ROBERT C. TROYER
                                            United States Attorney

                                            *s/ Alecia L. Riewerts*
                                            By:  ALECIA L. RIEWERTS
                                            Assistant U.S. Attorney
                                            United States Attorney's Office
                                            1801 California St., Ste. 1600
                                            Denver, Colorado 80202
                                            Telephone: (303) 454-0100
                                            E-mail:  Alecia.Riewerts@usdoj.gov
                                            Attorney for Government

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 10th day of May, 2018, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT #55** with the Clerk of the Court using the CM/ECF system which will send notification of notification of such filing to the following e-mail addresses:

**Edward Robin Harris**
Email: Edward_Harris@fd.org

                *s/ Alecia L. Riewerts*
                ALECIA L. RIEWERTS
                Assistant U.S. Attorney
                1801 California St., Ste. 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Facsimile: (303) 454-0401
                E-mail:  Alecia.Riewerts@usdoj.gov
                Attorney for Government